STEVEN G. KALAR
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: John_Reichmuth@fd.org

Counsel for Defendant Yen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 18–00041 JD |
| Plaintiff, | **STIPULATION TO CONTINUE; [PROPOSED] ORDER** |
| v. | |
| WILLIAM YEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING set for August 2, 2018 at 10:30 a.m., before the Honorable James Donato, be vacated and re-set for September 25, 2018 at 10:30 a.m.

This continuance is requested because defense counsel requires additional time to investigate sentencing mitigation issues in this case, including gathering biographical, medical, and institutional records, and provide relevant items to the Probation Office. Also, defense counsel and the Probation Department need additional time to conduct a Presentence Interview. Some delay in the Presentence Interview was caused by scheduling conflicts. Finally, defense counsel will be out of the district

from August 8 through August 26, 2018.

The Probation Officer supports this request and has confirmed his availability to counsel.

DATED: June 19, 2018 /S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for WILLIAM YEN

DATED: June 19, 2018 /S/
SAMANTHA SCHOTT
Special Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is hereby

ORDERED that the SENTENCING HEARING set for August 2, 2018 at 10:30 a.m., before the Honorable James Donato, be vacated and re-set for September 26, 2018 at 10:30 a.m in the San Francisco courthouse.

IT IS SO ORDERED.

DATED: June 26, 2018 _____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
*YEN*, CR 18–00041 JD

2