1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SAMANTHA SCHOTT (NYBN 5132063)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        samantha.schott@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 18-0041 JD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | **CONTINUING HEARING** |
| ) | |
| WILLIAM YEN, ) | Current Date: September 26, 2018 |
| ) | Proposed Date: October 24, 2018 |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

A sentencing hearing in this case is currently scheduled for September 26, 2018. However, during the presentence investigation, the probation officer identified new information regarding the defendant's criminal history, which the parties would like to investigate prior to filing sentencing memoranda. Furthermore, the probation officer will be unavailable for a period of time in September, and will need additional time to prepare the final presentence investigation report, taking into account the parties' objections and comments. Therefore, the parties jointly request that the Court continue this matter to October 24, 2018.

//

//

STIPULATION AND PROPOSED ORDER
CASE NO. CR 18-0041 JD

1      Accordingly, the parties request that the Court continue this matter to October 24, 2018. The

2 probation officer is available on the requested date.

3 DATED: August 23, 2018                           Respectfully Submitted,

ALEX G. TSE
United States Attorney

/s/ Samantha Schott
SAMANTHA SCHOTT
Special Assistant United States Attorney


/s/ William Yen
JOHN PAUL REICHMUTH
Attorney for William Yen

### [PROPOSED] ORDER

The sentencing hearing currently scheduled for September 26, 2018, is rescheduled for ~~October 24~~, November 14, 2018, at 10:30 A.M.

IT IS SO ORDERED.

DATED:   August 28, 2018

*IT IS SO ORDERED*
*Judge James Donato*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

STIPULATION AND PROPOSED ORDER
CASE NO. CR 18-0041 JD